HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BETANZOS-VASQUEZ,<br><br>Defendant. | Case No.  CR05-5089  RBL<br><br>ORDER RE: ALLOWING COUNSEL TO WITHDRAW |

Before the Court for resolution is defense counsel's Motion to Allow Counsel to Withdraw. The Court having considered the submissions of the defense, the court file, hereby orders:

George Paul Trejo, Jr.'s Motion to Withdraw is hereby **GRANTED**. The CJA Administrator shall appoint counsel for the defendant once it is established that he qualifies for counsel provided at public expense. Attorney Trejo will remain counsel of record until substitute counsel has entered an appearance on behalf of the defendant.

Dated this 22nd day of July, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
THE TREJO LAW FIRM

/s/
George Paul Trejo, Jr.
Attorney for Mr. Betanzos-Vasquez

ORDER
Page - 1